IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL FORMICA, | ) |
| Petitioner, | ) |
| | ) Civil Action No. 7:14cv00357 |
| v. | ) |
| | ) |
| SUPERINTENDENT OF THE | ) By: Michael F. Urbanski |
| CENTRAL VIRGINIA REGIONAL | ) United States District Judge |
| JAIL, et al., | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, it is hereby **ORDERED** as follows:

1. The magistrate judge's report and recommendation (ECF No. 109) is **ADOPTED in its entirety**;

2. Respondents' motions to dismiss the § 2254 petition (ECF Nos. 59, 62, 91) are **GRANTED**;

3. Petitioner's motions to stay and abey (ECF Nos. 34, 58) are **DENIED**;

4. Petitioner's motion to amend (ECF No. 108) is **DENIED**;

5. Petitioner's § 2254 petition is **DISMISSED with prejudice**;

6. Petitioner's second motion for extension to file objections to the magistrate judge's report (ECF No. 113) is **DENIED as moot**; and

7. This matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the Memorandum Opinion to the pro se petitioner and to counsel of record.

Entered: September 21, 2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge